**UNITED STATES of America, Plaintiff–Appellee**

v.

**Russell NOVELL, Defendant–Appellant.**

**Jan Novell; Missouri Department of Revenue, Defendants.**

**No. 14–3711.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 4, 2015.

Filed: June 11, 2015.

Russell Novell, Long Lane, MO, pro se.

Richard Farber, Douglas C. Rennie, Tax Div., U.S. Dept. of Justice, Washington, DC (Caroline D. Ciraolo, Acting Asst. Atty. Gen., Washington, DC, Tammy Dickinson, U.S. Atty., Kansas City, MO, of counsel, on the brief), for appellee.

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

Russell Novell appeals following entry of judgment by the district court[1] in the government's civil action to reduce federal income tax assessments to judgment and enforce federal tax liens against real property. For reversal, Novell argues that the district court lacked jurisdiction to enter its order. Having reviewed the record de novo and considered the parties' submissions on appeal, we find Novell's arguments unavailing: he waived any challenge to personal jurisdiction early in the pro-

Having reviewed *Descamps*, we do not find that it requires a different result in this appeal.

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

ceedings, *see* Fed.R.Civ.P. 12(b)(2), (h)(1); in any event, he conceded that he was domiciled in the forum state, thus establishing a basis for personal jurisdiction, *see Viasystems, Inc. v. EBM–Papst St. Georgen GmbH & Co., KG,* 646 F.3d 589, 595 (8th Cir.2011); and the court properly exercised subject matter jurisdiction in this tax-related action brought by the United States under specific statutory authority, *see* 26 U.S.C. § 7402; 28 U.S.C. §§ 1340, 1345. Accordingly, we affirm. *See* 8th Cir. R. 47B.